

AUSA Asheeka Desai (312) 886-2050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 26CR47 |
|---|---|
| v. | BETH W. JANTZ<br>Magistrate Judge |
| FRANCISCO DAVID ROSAS | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, ALBERTO GALARZA, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer, I have been informed that FRANCISCO DAVID ROSAS has been charged by Indictment in the Western District of Missouri with the following criminal offense: felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

/s/ Alberto Galarza
ALBERTO GALARZA
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 2nd day of February, 2026.

Beth W. Jantz
BETH W. JANTZ
United States Magistrate Judge

# SECRET

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 25-05031-01-CR-SW-MDH |
| Plaintiff, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| v. | NMT 15 Years Imprisonment |
| | NMT $250,000 Fine |
| **FRANCISCO DAVID ROSAS,** | NMT 3 Years Supervised Release |
| [DOB: 01-22-1978] | Class C Felony |
| Defendant. | $100 Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about March 16, 2025, in Newton County, in the Western District of Missouri, the defendant, **FRANCISCO DAVID ROSAS**, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Canik, model METE MC9, 9mm caliber pistol, bearing serial number 23CT12326; and (2) a Ruger, model LCP, .380 caliber pistol, bearing serial number 37183547, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**A TRUE BILL**

*SIGNATURE ON FILE WITH USAO*
_____
**FOREPERSON OF THE GRAND JURY**

*Jessica R. Eatmon*
_____
**JESSICA R. EATMON**
Assistant United States Attorney

DATED: August 26, 2025
    Springfield, Missouri

**SECRET**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-05031-01-CR-SW-MDH |
| FRANCISCO DAVID ROSAS | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Francisco David Rosas,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

> the defendant, then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: (1) a Canik, model METE MC9, 9mm caliber pistol, bearing serial number 23CT12326; and (2) a Ruger, model LCP, .380 caliber pistol, bearing serial number 37183547, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Date: 8/26/25

*Issuing officer's signature*

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*