# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:26–cr–00047

                                                       Honorable Beth W. Jantz

Francisco David Rosas

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Beth W. Jantz as to Francisco David Rosas: Detention hearing held on 2/4/26. Government and Defendant agree on certain proposed conditions of release. The Court enters Order Setting Conditions of Release and Appearance Bond for $10,000. The Court read each of the conditions of release to Defendant, he stated that he understood them and would comply. Defendant ordered released after processing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.